**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

APR - 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR99-WKW |
| | ) | [18 USC 922(g)(1)] |
| JAMES ARTHUR BROOKS | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 9, 2005, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant

JAMES ARTHUR BROOKS,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Unlawful Distribution of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 93-942), knowingly possessed a firearm, in and affecting commerce, that is a Savage, Model 77D shotgun, a better description of which is unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney