COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☑ INITIAL APPEARANCE                DATE: 4-13-06
☐ BOND HEARING
☐ DETENTION HEARING                 Digital Recording 3:59 to 4:14 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)            4:15 - 4:20 pm
☐ REMOVAL HEARING [RULE 5]
☑ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB             DEPUTY CLERK: sql
CASE NO. 2:06CR99-WKW                 DEFT. NAME: James Arthur BROOKS
AUSA: Brown                           DEFT. ATTY: Donnie Bethel
                                      Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt
USPO:

Defendant _____ does __✓__ does NOT need an interpreter.
Interpreter present __✓__ NO _____ YES  Name: _____

- ☑ Date of Arrest 4-12-06 or ☐ Arrest Rule 5
- ☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
- ☑ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☑ Requests appointed Counsel
- ☑ Financial Affidavit executed ☐ to be obtained by PTSO
- ☑ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐held; ☐ set for _____ at _____
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☑ Release order entered. Deft advised of conditions of release
- ☑ BOND EXECUTED (M/D AL charges) $_____. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☑ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: 4-13-06
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed