IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                    )
        v                            )
                                    )  CR. NO.  2:06CR99-WKW
JAMES ARTHUR BROOKS        )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, ___JAMES BROOKS___, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

___April 13, 2006___
**DATE**

___James A. Brooks___
**DEFENDANT**

___(signature)___
**ATTORNEY FOR DEFENDANT**