| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** MAY 15, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:32 - 1:32 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR99-WKW-CSC     **DEFENDANT NAME:** JAMES A. BROOKS

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. SUSAN REDMOND | ATTY. DONNIE BETHEL |

√   **DISCOVERY STATUS:** Completed.

_____
_____

√ **PENDING MOTION STATUS:** NONE.

_____

√   **PLEA STATUS:** Possible Plea.

_____
_____

√   **TRIAL STATUS:** Case will take 1 day, if goes to trial.

_____

❐   **REMARKS:**

_____
_____