IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 14 A 9 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| VS. | * DOCKET NO. 2:06CR99-WKW |
| JAMES ARTHUR BROOKS | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

Comes now Valerie Murry Smedley and files her notice of appearance as retained counsel for the defendant in the above-styled cause. In making this appearance, counsel requests:

1. That notices of continuances, trial setting, docket setting, or otherwise announcements or notices regarding said case be forwarded to her at the address provided herein.

2. That the name of counsel be entered herein on the appropriate court records.

Respectfully submitted this _7th_ day of _June_, 2006.

VALERIE MURRY SMEDLEY     SME003
Attorney for Defendant

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL  36104
(334) 230-9596
(334) 230-9566 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the U.S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 7th day of June, 2006.

VALERIE MURRY SMEDLEY
Attorney for Defendant