IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr99-WKW |
| | ) | |
| JAMES ARTHUR BROOKS | ) | |

## MOTION TO WITHDRAW

**COMES NOW** undersigned counsel and moves to withdraw as counsel for James Arthur Brooks. In support of this motion, undersigned counsel states:

1.  Defendant has retained Attorney Valerie Murry Smedley to represent him and a Notice of Appearance was filed by Attorney Smedley on June 14, 2006.

**WHEREFORE**, undersigned counsel respectfully asks that this Motion be granted.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr99-WKW |
| | ) | |
| JAMES ARTHUR BROOKS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49