## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:06CR99-WKW** |
| | ) | |
| **JAMES ARTHUR BROOKS** | ) | |

### ORDER

Upon consideration of the Motion to Withdraw as Counsel (doc. #16) filed by Attorney Donnie W. Bethel, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED.**

Done this 15th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE