IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUN 15 P 1:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | DOCKET NO. 2:06CR99-WKW |
| ) | |
| JAMES ARTHUR BROOKS ) | |
| ) | |
| Defendant | |

## MOTION TO CONTINUE

Comes now the defendant, by and through his attorney, and request this Honorable Court to continue the above-styled cause now set for Trial on June 26, 2006 at 8:00 am. As grounds counsel would show unto the Court the following:

1. That counsel is scheduled to be in court in the case of *David DeJohn vs. City of Montgomery*.

2. That counsel has not had ample time to review the Discovery.

3. That the Government has no objections to a continuance.

**WHEREFORE**, the premises considered, the defendant respectfully prays that this Honorable Court will continue this matter.

Respectfully submitted this _14th_ day of June, 2006.

_____
VALERIE MURRY SMEDLEY    SME003
Attorney for Defendant

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL  36104
(334) 230-9596 Telephone
(334) 230-9566 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the U. S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by hand delivering or by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 14th day of June, 2006.

_____
**VALERIE MURRY SMEDLEY**
**Attorney for the Defendant**