**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

Debra H. Hackett                                                                                         Telephone 334-954-3600
  Clerk

June 19, 2006

**NOTICE**

TO:     ALL COUNSEL OF RECORD:

    You are hereby notified that the jury list and juror profiles for the term of court beginning on **June 26, 2006,** will be available at 3:30 p.m. on **Friday, June 23, 206,** in the Jury Assembly Room, first floor, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.  Counsel may carry the jury profiles to their office but no copies of the profiles shall be made or retained by counsel.  Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

    If the jury list and profiles are not picked up on June 23, 2006, they will be available at 8:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.