IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| Plaintiff, | } |
| Vs. | } DOCKET NO. 2:06CR99-WKW |
| JAMES ARTHUR BROOKS | } |
| Defendant. | } |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, JAMES ARTHUR BROOKS, after being advised of his right to a speedy trial as guaranteed by the sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. Sec. 3161, hereby waives his right to a speedy trial as to the June 26, 2006 trial docket and agrees that his trial may be continued until the next trial term.

Respectfully submitted this 20th day of June, 2006.

_____
JAMES ARTHUR BROOKS

_____
VALERIE MURRY SMEDLEY    SME003
Attorney for the Defendant

ADDRESS OF COUNSEL:

459 South McDonough Street
Montgomery, AL  36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **Waiver of Right to Speedy Trial** upon the Honorable Susan Redmond, U.S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed **and** by fax on this the 20th day of June, 2006.

VALERIE MURRY SMEDLEY
**Attorney for the Defendant**