IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-CR-99-WKW |
| | ) |
| JAMES ARTHUR BROOKS | ) |

**<u>ORDER</u>**

This case is before the Court on the defendant's Motion to Continue (Doc. # 18), filed on June 15, 2006. The criminal case is currently set for trial during the June 26, 2006 term. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and the defendant in a speedy trial. In support of his motion, Brooks represented that his recently retained counsel has not had ample time to review the discovery in this

case. In addition, Brooks' counsel is scheduled to be in court on another matter that conflicts with the June 26, 2006 trial term. The government does not oppose a continuance, and Brooks has filed a waiver of his Speedy Trial Act rights.

Accordingly, it is ORDERED that the defendant's Motion to Continue (Doc. # 18) is GRANTED. Trial in this matter is continued from June 26, 2006, to the criminal term of court beginning on October 16, 2006, at 10:00 a.m.

DONE this the 22nd day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE