IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 12 P 2: 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| Plaintiff, | } |
| Vs. | } DOCKET NO. 2:06CR99-WKW |
| JAMES ARTHUR BROOKS | } |
| Defendant. | } |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the defendant, JAMES ARTHUR BROOKS, by and through the undersigned counsel, and hereby notifies the court of his intent to change his plea of NOT GUILTY to a plea of GUILTY. This notice is filed to alert the Court that the defendant is indeed prepared to go forward at that time.

Respectfully submitted this 11th day of October, 2006.

_____
VALERIE MURRY SMEDLEY   SME003
Attorney for the Defendant

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL 36104
(334) 230-9596

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **Notice of Intent to Change Plea** upon the U.S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed **and** by fax on this the ___11th___ day of ___October___, 2006.

_____
VALERIE MURRY SMEDLEY
**Attorney for the Defendant**