COURTROOM DEPUTY MINUTES DATE: October 13, 2006    FTR RECORDING: 1:31 - 1:43
MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: Risa Entrekin

❏ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** CHARLES S. COODY | **DEPUTY CLERK:** WANDA STINSON |
| **CASE NUMBER:** 2:06CR99-WKW-CSC | **DEFENDANT NAME:** JAMES ARTHUR BROOKS |
| **AUSA:** SUSAN REDMOND | **DEFENDANT ATTY:** VALERIE SMEDLEY |
| | Type Counsel: ( ) Waived; (√) Retained; ( ) Panel CJA; ( ) CDO |
| **USPTS/USPO:** JASON DILLON | |
| Defendant __ does __ √ __ does NOT need and interpreter. Name: _____ | |

❏  This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏  Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏  **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏  **WAIVER OF INDICTMENT** executed and filed.

❏  **FELONY INFORMATION** filed.

❏  Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) __1__ of the **Indictment**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√  Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

√  No Plea Agreement entered  .❏ Written plea agreement filed.  ❏ **ORDERED SEALED.**

√  **ORAL ORDER** Adjudicating defendant guilty.

❏  **ORDER:** Defendant Continued ❏ Same Conditions/Bond imposed ;

❏ Released on Bond & Conditions of Release for:    ❏ Trial on _____ ;

❏ Sentencing on _____ ; ❏ to be set by Separate Order

√  **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____ ; or √ Sentencing on _____ √ Set by separate Order.

Based on recommendation of the USPO, defts' pretrial release is REVOKED, the Court Oral ORDER that deft be remanded to the custody of the USMS pending sentencing.