## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED   JANUARY 22, 2006 | AT 10:00 A.M./P.M. |
| DATE COMPLETED   JANUARY 22, 2006 | AT 10:08 A.M./P.M. |

```
UNITED STATES OF AMERICA             )
                                     )         CR. NO. 2:06cr99-WKW
vs.                                  )
                                     )
JAMES ARTHUR BROOKS                  )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan Redmond | X X X X | Atty. Valerie Smedley |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

### SENTENCING

10:00 am   Court convened; sentencing hearing commenced; no plea agreement.
           No objections to PSR. Sentence imposed.
10:08 am   Hearing concluded.