# Achievement Award

This Certifies That

James Brooks

11924-002

has Satisfactorily Completed the

Drug Education Program at

FCI-Texarkana, Texas

This 26th day of September 2007.

_____
Tony Barnes, DTS

_____
C. Yates Morgan, Ph.D.

# Achievement
## Award

This Certificate is presented to
James Brooks
for completing the
Marriage and Relationship Group
at FCI Texarkana

_____        12-21-07
Mike Jameson, Ph.D.                Date

```
   MON1F        *        INMATE EDUCATION DATA         *      09-02-2008
PAGE 001 OF 001 *              TRANSCRIPT              *       17:24:30

REGISTER NO: 11924-002    NAME..: BROOKS                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: MON-MONTGOMERY FPC

-------------------------------  EDUCATION INFORMATION  -------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
MON  ESL HAS    ENGLISH PROFICIENT            06-19-2007 1352 CURRENT
MON  GED EN     ENROLL GED NON-PROMOTABLE     06-19-2007 1352 CURRENT

-------------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION                   START DATE   STOP DATE EVNT AC LV   HRS
MON        #2 JOB SEARCH                 06-30-2008   CURRENT
MON        #6 STRESS MANAGEMENT          06-30-2008   CURRENT
MON        LOW GED CLASS M-F 12:00-2:30PM 04-07-2008  CURRENT
TEX        NARCOTICS ANONYMOUS (SW)      09-06-2007   04-09-2008  P   C  P    10
MON        #1 AIDS AWARENESS             04-01-2008   04-01-2008  P   C  P     1
TEX        SPECIAL EDU 935-1125 M-F TRAUT 10-09-2007  03-26-2008  P   W  I   200
TEX        RELEASE REQUIREMENTS C5       10-23-2007   10-23-2007  C   C  P     2
TEX        DRUG EDUCATION                07-30-2007   09-24-2007  P   C  P    32
TEX        PERSONAL GROWTH C6            08-30-2007   08-30-2007  P   C  P     3

-------------------------------  HIGH TEST SCORES  -----------------------------
TEST           SUBTEST         SCORE     TEST DATE     TEST FACL   FORM     STATE
TABE E         LANGUAGE         2.5      11-07-2007    TEX         10
               READING          3.0      06-19-2007    TEX          9
               TOTAL MATH       4.1      02-04-2008    TEX          9




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```